**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**EVA CRESPO,**

                    **Plaintiff,**

**-vs-**                                            **Case No. 6:04-cv-1711-Orl-18DAB**

**H&R CONCEPTS, L.L.C.,
HERON MILAN,
RICHARD JULYIA,**

                    **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION FOR ENTRY OF DEFAULT FINAL JUDGMENT (Doc. No. 12)**
>
> **FILED:**    May 4, 2005
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

Plaintiff sued Defendants for unpaid minimum wages under the Fair Labor Standards Act and Florida law. Defendants H&R Concepts and Richard Julyia were served[1] on December 2, 2004, but did not file an answer to the Complaint, and Plaintiff obtained a default on February 28, 2005. Doc. No. 9. Plaintiff now moves for final default judgment to be entered against Defendants H&R Concepts and Richard Julyia.

---

[1] Defendant Heron Milan was not served and the claims against him were dismissed without prejudice. Doc. No. 10.

As stated in Plaintiff's affidavit, Plaintiff was employed by H&R Concepts from August 28, 2004 through October 5, 2004 as a janitorial worker assigned to locations in the Kissimmee/St. Cloud area. Defendant Julyia was substantially in control of the conditions of Plaintiff's work and qualifies as her employer. *See* 29 U.S.C. § 203(d). As a statutory employer under the FLSA, Julyia is jointly and severally liable for unpaid minimum wages and liquidated damages.

Based on the affidavits in the record, the Court finds that Plaintiff is entitled to damages of $762.20 for unpaid wages, $762.20 for liquidated damages for the willful violation of the FLSA, costs of $260.00, and attorney's fees of $1,750.00 for seven hours of work at the reasonable rate of $250 per hour[2]. The Court **RECOMMENDS** that final judgment against Defendants H&R Concepts, Inc. and Julyia, jointly and severally, be entered for $3,534.40.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on May 19, 2005.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

---

[2] The Court finds that the $300 per hour rate requested in excess of a reasonable rate for the type of work involved in this case.

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Parties
Courtroom Deputy