UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EVA CRESPO,

     Plaintiff,

-vs-              Case No. 6:04-cv-1711-Orl-18DAB

H&R CONCEPTS, L.L.C.,
RICHARD JULYIA,

     Defendants.
_____

## ORDER

This cause comes before the Court on Plaintiff's Motion for Entry of Default Final Judgment (Doc. No. 12) filed May 4, 2005.

The United States Magistrate Judge has submitted a report recommending that the motion be granted as to Defendants H&R Concepts, L.L.C. and Richard Julyia. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report, it is hereby

**ORDERED**

1. That the report and recommendation filed May 19, 2005 (Doc. No. 14) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. That the Clerk of the Court enter Judgment on behalf of the plaintiff and against defendants H & R Concepts, L.L.C. and Richard Julyia, jointly and severally, in the total amount of $3,534.40 which is as follows: $762.20 for unpaid wages, $762.20 for liquidated damages, $1,750.00 in attorney's fees and $260.00 in costs.

3. The Clerk of the Court the shall close this case.

It is **SO ORDERED** in Orlando, Florida, this 6th day of June, 2005.

                G. KENDALL SHARP
                Senior United States District Judge

Copies to: Counsel of Record

AO 72A
(Rev.8/82)